FREDERICK PRIEBE, Respondent, *v.* THE KELLOGG BRIDGE COMPANY, Appellant.

A refusal to charge a proposition which however true is foreign to the case is not error.

(Submitted March 31, 1879; decided April 15, 1879.)

THE questions presented in this case were principally upon exceptions to refusals to charge; they were disposed of mainly upon the ground that the evidence justified the refusals.

As to one request the court held that there was no evidence appearing in the case which presented it, and that the proposition, so far as applied to the case, was a mere abstraction, and that a refusal to charge it, however true it might be, was not error.

*Bowen, Rogers & Locke* for appellant.

*L. P. Perkins* for respondent.

ANDREWS, J., reads for affirmance.
All concur, except MILLER, J., not voting.
Judgment affirmed.